**Raphael Graybill**
Chief Legal Counsel
**Rylee Sommers-Flanagan**
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801
ph: (406) 444-3179; (406) 444-4930
raphael.graybill@mt.gov
rylee.sommers-flanagan@mt.gov

*Attorneys for Plaintiffs Steve Bullock and*
*Montana Department of Natural Resources and Conservation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>                              Plaintiffs,<br><br>        vs.<br><br>BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br><br>                              Defendants. | Case No.: CV-20-62-GF-BMM<br><br><br><br>**SUMMONS IN A CIVIL ACTION** |

1

TO:   David Bernhardt, 1849 C St. NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 60 days you must serve on the Plaintiff an answer to the attached

complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The

answer or motion must be served on the Plaintiffs' attorney, whose names and

addresses are:

Raphael Graybill
Chief Legal Counsel
Office of the Governor
PO Box 200801
Helena, MT 59620-0801

Rylee Sommers-Flanagan
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801

Deepak Gupta (Motion for *Pro Hac Vice* pending)
Gupta Wessler PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for

the relief demanded in the Complaint.  You also must file your answer or motion with the

court.

Dated:      July 20, 2020

_____
Deputy Clerk of Court

**Raphael Graybill**
Chief Legal Counsel
**Rylee Sommers-Flanagan**
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801
ph: (406) 444-3179; (406) 444-4930
raphael.graybill@mt.gov
rylee.sommers-flanagan@mt.gov

*Attorneys for Plaintiffs Steve Bullock and*
*Montana Department of Natural Resources and Conservation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, | Case No.: CV-20-62-GF-BMM |
| Plaintiffs, | |
| vs. | **SUMMONS IN A CIVIL ACTION** |
| BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, | |
| Defendants. | |

1

TO:   Bureau of Land Management,
      1849 C St. NW, Rm. 5665
      Washington, DC 20240

      A lawsuit has been filed against you.

      Within 60 days you must serve on the Plaintiff an answer to the attached

complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The

answer or motion must be served on the Plaintiffs' attorney, whose names and

addresses are:

Raphael Graybill
Chief Legal Counsel
Office of the Governor
PO Box 200801
Helena, MT 59620-0801

Rylee Sommers-Flanagan
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801

Deepak Gupta (Motion for *Pro Hac Vice* pending)
Gupta Wessler PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036

      If you fail to respond, judgment by default will be entered against you for

the relief demanded in the Complaint.  You also must file your answer or motion

with the court.

Dated:      July 20, 2020

_____
Deputy Clerk of Court

**Raphael Graybill**
Chief Legal Counsel
**Rylee Sommers-Flanagan**
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801
ph: (406) 444-3179; (406) 444-4930
raphael.graybill@mt.gov
rylee.sommers-flanagan@mt.gov

*Attorneys for Plaintiffs Steve Bullock and*
*Montana Department of Natural Resources and Conservation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION, | Case No.: CV-20-62-GF-BMM |
| Plaintiffs, | |
| vs. | **SUMMONS IN A CIVIL ACTION** |
| BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior, | |
| Defendants. | |

TO:   United States Department of the Interior,
      1849 C St. NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 60 days you must serve on the Plaintiff an answer to the attached

complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The

answer or motion must be served on the Plaintiffs' attorney, whose names and

addresses are:

Raphael Graybill
Chief Legal Counsel
Office of the Governor
PO Box 200801
Helena, MT 59620-0801

Rylee Sommers-Flanagan
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801

Deepak Gupta (Motion for *Pro Hac Vice* pending)
Gupta Wessler PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for

the relief demanded in the Complaint.  You also must file your answer or motion with the

court.

Dated:        July 20, 2020

_____
Deputy Clerk of Court

**Raphael Graybill**
Chief Legal Counsel
**Rylee Sommers-Flanagan**
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801
ph: (406) 444-3179; (406) 444-4930
raphael.graybill@mt.gov
rylee.sommers-flanagan@mt.gov

*Attorneys for Plaintiffs Steve Bullock and*
*Montana Department of Natural Resources and Conservation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br><br>                              Defendants. | Case No.:    CV-20-62-GF-BMM<br><br><br><br>**SUMMONS IN A CIVIL ACTION** |

1

TO:   William Pendley, 1849 C St. NW, Washington, DC 20240

A lawsuit has been filed against you.

Within 60 days you must serve on the Plaintiff an answer to the attached

complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The

answer or motion must be served on the Plaintiffs' attorney, whose names and

addresses are:

Raphael Graybill
Chief Legal Counsel
Office of the Governor
PO Box 200801
Helena, MT 59620-0801

Rylee Sommers-Flanagan
Deputy Legal Counsel
Office of Governor Steve Bullock
P.O. Box 200801
Helena, MT 59620-0801

Deepak Gupta (Motion for *Pro Hac Vice* pending)
Gupta Wessler PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for

the relief demanded in the Complaint.  You also must file your answer or motion with the

court.

Dated:      July 20, 2020

Deputy Clerk of Court

2