IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana and MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | CV-20-62-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Deepak Gupta, Esq., and Jonathan E. Taylor, Esq. to appear *pro hac vice* in this case with Raphael Graybill, Esq., designated as local counsel. The applications of Mr. Gupta and Mr. Taylor appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Plaintiffs' motions to allow Mr. Gupta and Mr. Taylor to appear on its behalf (Docs. 6 and 7) are GRANTED, subject to the following conditions:

1.  Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Gupta and Mr. Taylor must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Gupta and Mr. Taylor .

**IT IS FURTHER ORDERED**:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 18th day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court