**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>       *Plaintiffs*,<br><br>  vs.<br><br>BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br><br>       *Defendants*. | Case No. 20-cv-00062<br><br>The Honorable Brian Morris, Chief Judge |

**PLAINTIFFS' EXPEDITED MOTION
FOR SUMMARY JUDGMENT**

The plaintiffs Governor Steve Bullock and the Montana Department of Natural Resources and Conservation hereby move for summary judgment on all claims in their complaint. This motion is supported by the arguments in the plaintiffs' brief in support of their motion for summary judgment, as well as the declarations filed with that brief, all of which will be filed concurrently with this motion.

1

Although the defendants have been served with the complaint, counsel for the defendants have not yet entered an appearance in this action. The plaintiffs have therefore not consulted with the defendants about this motion, as contemplated by Local Rule 7.1(c)(1). Nonetheless, the plaintiffs have served this motion on the Department of Justice to ensure that the defendants are appraised of its filing.

For the reasons stated in the supporting brief, the plaintiffs ask this Court to issue an order and judgment declaring William Perry Pendley's continued service as acting director of the Bureau of Land Management to be unconstitutional; enjoining him from taking any further action over Montana in that unlawful role; awarding the plaintiffs their costs, attorneys fees, and other disbursements for this action; and granting any other relief this Court deems appropriate.

In addition, as explained in the declarations filed in support of this motion, William Perry Pendley's continued service has caused and continues to cause the State of Montana ongoing harm. The plaintiffs therefore request that this Court expedite briefing and review of this motion and have included a proposed order with the requested expedited briefing schedule.

Respectfully submitted,

*/s/ Deepak Gupta*

DEEPAK GUPTA*
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC

1900 L Street, NW, Suite 312
Washington, DC 20036
(202) 888-1741
*deepak@guptawessler.com*
*jon@guptawessler.com*

RAPHAEL GRAYBILL
Chief Legal Counsel
RYLEE SOMMERS-FLANAGAN
Deputy Legal Counsel
Office of the Governor
PO Box 200801
Helena, MT 59620-0801
Phone: (406) 444-3179

NEIL K. SAWHNEY
GUPTA WESSLER PLLC
100 Pine Street, Suite 1250
San Francisco, CA 94111
(415) 573-0336
*neil@guptawessler.com*

**\*** *pro hac vice* pending

August 20, 2020                    *Counsel for Plaintiffs*