# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>*Plaintiffs*,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br><br>*Defendants*. | Case No. 20-cv-00062<br><br>The Honorable Brian Morris, Chief Judge |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO EXPEDITE BRIEFING SCHEDULE

It is hereby **ORDERED** that the plaintiffs' request to expedite briefing on their motion for summary judgment is **GRANTED**. The Court adopts the following briefing schedule: The defendants' response to the motion for summary judgment is due August 27, 2020, and the plaintiffs' reply is due August 31, 2020.

Dated: August ____, 2020

_____
The Honorable Brian Morris,
Chief Judge