# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br><br>　　　　　　　　　Defendants. | Case No.: 20-cv-00062<br><br><br>**ACKNOWLEDGEMENT AND ACCEPTANCE OF ADMISSION *PRO HAC VICE* OF DEEPAK GUPTA** |

I, Deepak Gupta, respectfully submit this Acknowledgement and Acceptance of Admission *pro hac vice* under the terms set forth in Local Rule 83.1(d) and the Court's Order dated August 18, 2020 (Dkt. 8). Of the attorneys admitted *pro hac vice* in the Court's Order, only I will act as co-lead counsel.

Dated: September 2, 2020　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Deepak Gupta*
　　　　　　　　　　　　　　　　　DEEPAK GUPTA
　　　　　　　　　　　　　　　　　GUPTA WESSLER PLLC
　　　　　　　　　　　　　　　　　1900 L Street, NW, Suite 312
　　　　　　　　　　　　　　　　　Washington, DC 20036

1


Phone: (202) 888-1741
Fax: (202) 888-7792
*deepak@guptawessler.com*

*Attorney for Plaintiffs Stephen C. Bullock and Montana Department of Natural Resources and Conservation*