# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT; WILLIAM PENDLEY, in his official capacity as the person exercising the authority of the Director of the Bureau of Land Management; UNITED STATES DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, in his official capacity as Secretary of the Department of the Interior,<br><br>*Defendants*. | Case No. 20-cv-00062<br><br>**ACKNOWLEDGMENT AND ACCEPTANCE OF ADMISSION *PRO HAC VICE* OF JONATHAN TAYLOR** |

I, Jonathan Taylor, respectfully submit this acknowledgment and acceptance of admission *pro hac vice* under the terms set forth in Local Rule 83.1(d) and the Court's order dated August 18, 2020 (ECF No. 8).

Dated: September 3, 2020         Respectfully submitted,

/s/ *Jonathan E. Taylor*
JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
1900 L Street, NW, Suite 312
Washington, DC 20036
Phone: (202) 888-1741
Fax: (202) 888-7792

1

*jon@guptawessler.com*

*Attorney for Plaintiffs Stephen C. Bullock and Montana Department of Natural Resources and Conservation*

2