IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT et al.,<br><br>Defendants. | CV 20-62-GF-BMM<br><br>**ORDER** |

Plaintiffs have moved for an order allowing Neil K. Sawhney, Esq., to appear *pro hac vice* in this case with Ralphael Graybill, Chief Legal Counsel, Office of Governor, Steve Bullock, designated as local counsel. Mr. Sawhney's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Plaintiffs' motion to allow Mr. Sawhney to appear on their behalf (Doc. 19) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel with

Mr. Sawhney;

2. Mr. Sawhney must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

4. Admission is personal to Mr. Sawhney.

IT IS FURTHER ORDERED that:

Mr. Sawhney shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 16th day of September, 2020.

_____
Brian Morris, Chief District Judge
United State District Court