# **Exhibit C**

**Exhibit C: BLM Resource Management Plan Protest Resolutions Completed Since July 29, 2019**

| RMP Name | State | NEPA | Protest Resolution Date Completed | Protest Resolution Decision Signatory Position (Delegated)[1] | Signatory Name |
|---|---|---|---|---|---|
| Sonoran Desert NM Grazing RMPA | CA | EA | September 10, 2020 | Assistant Director, Resources and Planning | David Jenkins |
| San Juan Islands NM RMP | OR | EIS | September 3, 2020 | Assistant Director, Resources and Planning | David Jenkins |
| Gemini Solar RMPA (Supplement) | NV | EIS | August 14, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Borderlands Wind Project RMPA | NM | EIS | July 20, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Browns Canyon NM RMP | CO | EIS | June 19, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Missoula RMP | MT | EIS | June 19, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Lewiston RMP | MT | EIS | June 9, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Four Rivers FO RMP | ID | EIS | May 1, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Moneta Divide Natural Gas and Oil Development Plan RMPA | WY | EIS | May 1, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Haiwee Geothermal Leasing Area Amendment to the CDCA RMP | CA | EIS | April 3, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Gemini Solar RMPA | NV | EIS | March 6, 2020 | Acting Assistant Director, Resources and Planning | Brian St George |
| Dairy Syncline Mine and Reclamation RMPA | ID | EIS | February 20, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Haines Amendment for the Ring of Fire RMP | AK | EIS | February 7, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Uncompahgre FO RMP | CO | EIS | February 7, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| White River FO TTMP RMPA | CO | EIS | February 7, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Oklahoma, Kansas, Texas RMP | NM | EIS | February 7, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| ACEC RMPA for Tres Rios FO | CO | EIS | January 29, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Grand Staircase-Escalante NM/KEPA RMPs | UT | EIS | January 24, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Desert Quartzite Solar Project RMPA | CA | EIS | January 9, 2020 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Bears Ears NM RMP | UT | EIS | December 13, 2019 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Miles City FO RMPA | MT | EIS | November 25, 2019 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Buffalo FO RMPA | WY | EIS | November 22, 2019 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Ten West Link Transmission Line RMPA | AZ | EIS | November 21, 2019 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Ray Land Exchange RMPA | AZ | EIS | October 18, 2019 | Acting Assistant Director, Resources and Planning | June Shoemaker |
| Central Coast Oil and Gas RMPA | CA | EIS | October 4, 2019 | Acting Assistant Director, Resources and Planning | Leah Baker |
| West Mojave Route Network RMPA | CA | EIS | October 3, 2019 | Acting Assistant Director, Resources and Planning | Leah Baker |
| San Pedro Riparian NCA RMP | AZ | EIS | July 30, 2019 | Acting Assistant Director, Resources and Planning | Leah Baker |
| Headwaters Forest Reserve RMPA | CA | EIS | NA | No Protests Received | NA |

---

[1] Per 43 CFR 1600.5-2 (a)(1), the BLM Director is the deciding official for all BLM land use plan protests. Per the BLM Delegation of Authority manual (MS-1203), the Assistant Director, Resources and Planning, is delegated the authority to review and resolve all protests on BLM land use plans on behalf of the BLM.