# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

|  |  |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; *et al.*,<br><br>Defendants. | Case No. 4:20-cv-00062-BMM<br><br>**ORDER SETTING DATE FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

Having reviewed Defendants' Consent Motion to Extend Date to Respond to Complaint, and for good cause appearing, IT IS HEREBY ORDERED that Defendants' response to the Complaint shall be filed no later than October 30, 2020.

DATED this 13th day of October, 2020.

_____
Brian Morris, Chief District Judge
United State District Court