IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; *et al.*,<br><br>    Plaintiffs,<br><br> vs.<br><br>BUREAU OF LAND MANAGEMENT; *et al.*,<br><br>    Defendants. | Case No. 4:20-cv-00062-BMM<br><br>ORDER |

Upon consideration of Defendants' Federal Rule of Civil Procedure 58(d) motion for entry of judgment in a separate document, (Doc. 34) IT IS HEREBY ORDERED that the motion is GRANTED.  Judgment in this case is hereby entered in favor of Plaintiffs consistent with the Court's September 25, 2020 and October 16, 2020 orders in this case.

DATED this 29th day of October, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

1