ANDREW J. CZIOK
Assistant Attorney General
Agency Legal Services Bureau
Montana Department of Justice
P.O. Box 201440
Helena, MT 59620-1440
T: (406) 444-2071
Andrew.Cziok@mt.gov

*Attorney for Governor Steve Bullock and
Montana Department of Natural
Resources and Conservation*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT, *et al.*,<br><br>Defendants. | Case No. 4:20-CV-00062-BMM<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 83.3(a), Assistant Attorney General Andrew J. Cziok hereby gives notice to the Court and opposing counsel that he is substituting as counsel of record for Governor Steve Bullock and the Montana Department of Natural Resources and Conservation in place of Raphael Graybill and Rylee Sommers-Flanagan.

1

DATED this 17th day of December 2020.

                By: */s/ Andrew J. Cziok*
                    Andrew J. Cziok
                    Assistant Attorney General
                    Agency Legal Services Bureau

                    */s/ Raphael Graybill*
                    Raphael Graybill
                    Chief Legal Counsel
                    Office of Governor Steve Bullock

                    */s/ Rylee Sommers-Flanagan*
                    Rylee Sommers-Flanagan
                    Deputy Chief Counsel
                    Office of Governor Steve Bullock