# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| STEVE BULLOCK, in his official capacity as Governor of Montana; *et al.*,<br><br>            Plaintiffs,<br><br>  vs.<br><br>BUREAU OF LAND MANAGEMENT; *et al.*,<br><br>            Defendants. | Case No. 4:20-cv-00062-BMM<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants, the U.S. Department of the Interior, the Bureau of Land Management, William Perry Pendley, and David Bernhardt, sued solely in their official capacities, hereby appeal to the United States Court of Appeals for the Ninth Circuit from this Court's October 29, 2020 order entering final judgment in favor of Plaintiffs (ECF No. 35), as well as any orders merged into that judgment, including but not limited to the Court's September 25, 2020 Order granting Plaintiffs' Motion for Summary Judgment (ECF No. 25) and October 16, 2020 Order declaring the Lewistown, Missoula, and Miles City Resource Management Plans unlawful and setting them aside under 5 U.S.C. § 3348(d)(1) and 5 U.S.C. § 706(2)(A) (ECF No. 33).

DATED this 28th day of December, 2020.

JEFFREY B. CLARK
Acting Assistant Attorney General

KURT G. ALME
United States Attorney

MARK STEGER SMITH
Assistant U.S. Attorney

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher D. Dodge*
CHRISTOPHER D. DODGE
(MA Bar No. 696172)
M. ANDREW ZEE (CA Bar No. 272510)
Trial Attorneys

1

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 598-5571
E-mail: christopher.d.dodge@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2020, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF system.

*/s/ Christopher D. Dodge*
CHRISTOPHER D. DODGE