| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 10 2021 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GREG GIANFORTE, in his official capacity as Governor of Montana; MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,

    Plaintiffs-Appellees,

  v.

BUREAU OF LAND MANAGEMENT; et al.,

    Defendants-Appellants.

No. 20-36129

D.C. No. 4:20-cv-00062-BMM
District of Montana, Great Falls

ORDER

Before: SCHROEDER, TASHIMA, and HURWITZ, Circuit Judges.

The parties jointly move for summary disposition of this appeal, arguing that the case has become moot and requesting partial vacatur of the district court's judgment (Docket Entry No. 21). We agree that this case has become moot and accordingly dismiss this appeal. *See Ctr. for Biological Diversity v. Lohn*, 511 F.3d 960, 963-64 (9th Cir. 2007).

We deny, however, the parties' request for partial vacatur of the judgment and instead remand this case to the district court to determine in the first instance whether and to what extent its judgment should be vacated. *See Cammermeyer v. Perry*, 97 F.3d 1235, 1239 (9th Cir. 1996).

**REMANDED.**

LCC/MOATT