# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| GREG GIANFORTE, in his official capacity as Governor of Montana; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; *et al.*,<br><br>Defendants. | Case No. 4:20-cv-00062-BMM<br><br>**ORDER** |

Upon consideration of the parties' Joint Motion for Vacatur of Injunction, it is hereby ORDERED that the motion is GRANTED. The following injunctions against William Perry Pendley and David Bernhardt, which were included in the Court's Order dated September 25, 2020 *see* ECF No. 25 at 34, and incorporated into the Court's judgment dated October 29, 2020, *see* ECF No. 35, are hereby VACATED:

- The Court enjoins William Perry Pendley from exercising authority of BLM Director; and

- The Court enjoins Interior Secretary David Bernhardt from unlawfully delegating the authority of the BLM Director.

Dated this 1st day of November, 2021.

/s/ Brian Morris

Brian Morris, Chief District Judge
United States District Court