IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| GREG GIANFORTE, in his official capacity as Governor of Montana; *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT; *et al.*,<br><br>Defendants. | Case No. 4:20-cv-00062-BMM<br><br>**JOINT STATUS REPORT** |

Plaintiffs, Greg Gianforte, in his official capacity as Governor of Montana, and the Montana Department of Natural Resources and Conservation, and Defendants, Bureau of Land Management, Tracy Stone-Manning, sued solely in her official capacity as the Director of the Bureau of Land Management, U.S. Department of the Interior, and Deb Haaland, sued solely in her official capacity as the Secretary of the Interior, submit this Joint Status Report in response to the Court's Order of February 8, 2022. ECF No. 53.

The parties state that there are no outstanding issues in this case, and respectfully request that the Court close this case.

1

DATED this 17th day of February, 2022.

Respectfully submitted,

AUSTIN KNUDSEN
Montana Attorney General
CHRISTIAN CORRIGAN
215 North Sanders St.
P.O. Box 201401
Helena, MT 59620-1401

/s/ *Christian Corrigan*
CHRISTIAN CORRIGAN
Assistant Solicitor General

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LEIF M. JOHNSON
United States Attorney

CHRISTOPHER R. HALL
Assistant Branch Director
Federal Programs Branch

MARK STEGER SMITH
Assistant U.S. Attorney

/s/ *M. Andrew Zee*
M. ANDREW ZEE (CA Bar No. 272510)
CHRISTOPHER D. DODGE
Attorneys
U.S. Department of Justice

Civil Division, Federal Programs Branch
450 Golden Gate Avenue
San Francisco, CA 94102
Phone: (415) 436-6646
E-mail: m.andrew.zee@usdoj.gov

*Attorneys for Defendants*